IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOHNNY LACY,

    Plaintiff,                           JUDGMENT IN A CIVIL CASE

v.                                      12-cv-397-bbc

DR. SCOTT A. HOFTIEZER, JAMES GREER,
DR. DAVID BURNETT, DR. BURTON COX
and DR. PAUL SUMNICHT,

    Defendants.

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

(1) dismissing plaintiff's claims against Paul Sumnicht without prejudice; and

(2) granting defendants Dr. Scott Hoftiezer, James Greer, Dr. David Burnett and Dr. Burton Cox's motion for summary judgment and dismissing this case.

| /s/ | 10/22/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |