APPENDIX OF FORMS TO FEDERAL
RULES OF APPELLATE PROCEDURE

DOC NO
REC'D/FILED
2014 JAN 21 PM 12:10
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

FORM 1.
NOTICE OF APPEAL TO A COURT OF APPEALS
FROM A JUDGMENT OR ORDER OF A DISTRICT COURT

United States District Court for the Western District of Wisconsin

A. B., Johnny Lacy Jr.,
Plaintiff(s),

File Number 12-CV-397

Notice of Appeal

v.

C.D., Scott A. Hoftiezer
Defendant(s)

Notice is hereby given that (here name all parties taking the appeal) (plaintiffs) (defendants) in the above named case, * hereby appeal to the United States Court of Appeals for the SEVENTH Circuit (from the final judgment) (from an order (describing it)) entered in this action on the 21st day of OCT, 2013, 10th day of JAN. 2014.

(s) Johnny Lacy Jr.
Attorney for PLAINTIFF APPELLANT
Address: Wisconsin Sec. Prog. Fac.
1101 Morrison Drive
P.O. Box 9900
Boscobel, Wisconsin
53805-0901

* See Rule 3(c) for permissible ways of identifying appellants.

* Dr. Scott A. Hoftiezer,
James Greer, Director,
Dr. David Burnett, and
Dr. Burton A. Cox, Jr., D.O.